UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK VERDUGO,<br><br>  Petitioner,<br><br>v.<br><br>AMY MILLER, Acting Warden,<br><br>  Respondent. | No. CV 09-7634-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 27, 2013

_____
DOLLY M. GEE
United States District Judge